IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYREE BOWIE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KYLE HOWER in his personal capacity only, DANA WARD in his personal capacity only, RACHEL SHERMAN in her personal capacity only, and TIMOTHY BARKER in his personal capacity only,<br><br>　　　　　　Defendants. | DOCKET NO. 24-cv-02105 |

## **ORDER**

AND NOW, this 28th day of May, 2025, upon consideration of Defendant Detective Kyle Hower's Uncontested Motion for Leave to File a Sur-Reply Brief in further support of Defendant Detective Kyle Hower's Motion to Dismiss Plaintiff's Amended Complaint, it is hereby ordered that said Motion is GRANTED. The court directs the Clerk of Court to docket the proposed sur-reply, Doc. 34-1, as Defendant Hower's sur-reply brief.

**BY THE COURT:**

　　s/ Jennifer P. Wilson
**J.**