IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYREE BOWIE, | : |
| Plaintiff, | : |
| v. | : |
| | : DOCKET NO. 24-cv-02105 |
| KYLE HOWER in his personal capacity only, DANA WARD in his personal capacity only, RACHEL SHERMAN in her personal capacity only, TIMOTHY BARKER in his personal capacity only, and CITY OF YORK, | : |
| Defendants. | : |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Kindly withdraw the appearance of Matthew T. Strosser, Esquire of MacMain Leinhauser PC as counsel on behalf of Defendants, City of York and Detective Kyle Hower. David J. MacMain, Esquire remains in this case to represent these parties.

**MacMAIN LEINHAUSER PC**

Dated: November 14, 2025     By:  /s/ Matthew T. Strosser
Matthew T. Strosser
PA Attorney ID No. 336410
433 W. Market Street, Suite 200
West Chester, PA 19382
mstrosser@macmainlaw.com
*Attorney for Defendants, City of York and Detective Kyle Hower*

## **CERTIFICATE OF SERVICE**

I, Matthew T. Strosser, hereby certify that on this 14th day of November 2025, the foregoing *Withdrawal of Appearance* was filed electronically and is available for viewing and downloading from the Court's ECF system; a copy was served upon all counsel of record via ECF notification.

                                                 **MacMAIN LEINHAUSER PC**

By:   */s/ Matthew T. Strosser*
        Matthew T. Strosser
        PA Attorney ID No. 336410
        433 W. Market Street, Suite 200
        West Chester, PA 19382
        mstrosser@macmainlaw.com
        484-318-7106
        *Attorney for Defendants, City of York and Detective Kyle Hower*