# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYREE BOWIE, | Civil No. 1:24-CV-02105 |
| Plaintiff, | |
| v. | |
| KYLE HOWER, *et al.*, | |
| Defendants. | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 28th day of January, 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Defendants' motions to dismiss, Docs. 18 & 20, are **GRANTED**. Plaintiff's amended complaint is **DISMISSED WITHOUT PREJUDICE**.[1] Plaintiff may file a second amended complaint in accordance with the Federal Rules of Civil Procedure.

> s/Jennifer P. Wilson
> JENNIFER P. WILSON
> United States District Judge
> Middle District of Pennsylvania

---

[1] If Plaintiff does not wish to amend the complaint, he may file a notice stating that he intends to stand on the complaint. If Plaintiff files such notice, the court will enter a final order dismissing the case so that an appeal may be filed. *See Weber v. McGrogan*, 939 F.3d 232, 241 (3d Cir. 2019).