# Exhibit "A"

Oct. 11. 2018  2:12PM                                                                          No. 0721   P. 1

| COMMONWEALTH OF PENNSYLVANIA | POLICE CRIMINAL COMPLAINT |
| --- | --- |
| COUNTY OF YORK | COMMONWEALTH OF PENNSYLVANIA |
| Magisterial District Number: 19-2-04 | VS. |
| MDJ Hon. OBERDORF, JEFFREY L. | DEFENDANT: (NAME and ADDRESS) |
| Address: 3202 FARMTRAIL RD | TYREE  MARCHE'LL  BOWIE |
| YORK, PA 17406 | First Name  Middle Name  Last Name  Gen. |
| Telephone: 717-767-5700 | 521 LINDEN AVE Apt/Suite 3FL |
|  | YORK, PA 17404 |

**NCIC Extradition Code Type**

- ☒ 1 - Felony Full
- ☐ 2 - Felony Ltd.
- ☐ 3 - Felony Surrounding States
- ☐ 4 - Felony No Ext.
- ☐ 5 - Felony Pend.
- ☐ 6 - Felony Pend. Extradition Determ.
- ☐ A - Misdemeanor Full
- ☐ B - Misdemeanor Limited
- ☐ C - Misdemeanor Surrounding States
- ☐ D - Misdemeanor No Extradition
- ☐ E - Misdemeanor Pending
- ☐ F - Misdemeanor Pending Extradition Determ.
- ☐ Distance: _____

**DEFENDANT IDENTIFICATION INFORMATION**

| Docket Number | Date Filed | OTN/LiveScan Number | Complaint/Incident Number | Request Lab Service? |
| --- | --- | --- | --- | --- |
| CR-392-18 | 09/19/2018 |  | 00310656/20180907M9575 | ☐ YES ☒ NO |

| GENDER | DOB | 01/20/1979 | POB | PENNSYLVANIA | Add'l. DOB | Co-Defendants? ☐ |
| --- | --- | --- | --- | --- | --- | --- |
| ☒ Male ☐ Female | AKA | First Name |  | Middle Name | Last Name | Gen. |

| RACE | ☐ White | ☐ Asian | ☒ Black | ☐ Native American | ☐ Unknown |
| --- | --- | --- | --- | --- | --- |
| ETHNICITY | ☐ Hispanic |  | ☒ Non-Hispanic |  | ☐ Unknown |
| HAIR COLOR |  | ☐ Gry (Gray) | ☐ Red (Red/Aubn) | ☐ SDY (Sandy) | ☐ BLU (Blue) ☐ PLE (Purple) ☐ BRO (Brown) |
|  |  | ☒ Blk (Black) | ☐ Ong (Orange) | ☐ WHI (White) | ☐ XXX (Ink./Bald) ☐ GRN (Green) ☐ PNK (Pink) |
|  |  | ☐ Bln (Blonde / Strawberry) |  |  |  |
| EYE COLOR |  | ☐ Blk (Black) | ☐ Blu (Blue) | ☒ BRO (Brown) | ☐ GRN (Green) ☐ GRY (Gray) |
|  |  | ☐ HAZ (Hazel) | ☐ MAR (Maroon) | ☐ PNK (Pink) | ☐ MUL (Multicolored) ☐ XXX (Unknown) |

| DNA | ☐ YES ☒ NO | DNA Location |  | WEIGHT (lbs.) |
| --- | --- | --- | --- | --- |
| FBI Number |  | MNU Number |  | 145 |
| Defendant Fingerprinted | ☐ YES ☒ NO |  |  | Ft. HEIGHT in. |
| Fingerprint Classification |  |  |  | 5  08 |

**DEFENDANT VEHICLE INFORMATION**

| Plate # | State | Hazmat ☐ | Registration Sticker (MM/YY) | Comm'l Veh Ind. ☐ | School Veh. ☐ | Oth. NCIC Veh. Code | Reg. Same as Def. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| VIN |  | Year | Make | Model | Style | Color | ☐ |

Office of the attorney for the Commonwealth    ☐ Approved    ☐ Disapproved because: _____

(The attorney for the Commonwealth may require the complaint, arrest warrant affidavit, or both, be approved by the attorney for the Commonwealth prior to filing. See Pa. R. Crim. P 507.)

(Name of the attorney for the Commonwealth - Please Print or Type)    (Signature of the attorney for the Commonwealth)    (Date)

I, **DETECTIVE KYLE HOWER**                                          **109/32668**
(Name of the Affiant)                                                PSP/MPOETC - Assigned Affiant ID Number & Badge #

of **YORK CITY POLICE DEPARTMENT**                                   **PA0670200**
(Identify Department or Agency Represented and Political Subdivision)    (Police Agency ORI Number)

do hereby state:

1. ☒ I accuse the above named defendant who lives at the address set forth above
   ☐ I accuse the defendant whose name is unknown to me but who is described as

   ☐ I accuse the defendant whose name and popular designation are unknown to me and whom I have therefore designated as John Doe or Jane Doe

   with violating the penal laws of the Commonwealth of Pennsylvania at [ 217 ]  Manchester Twp
                                                                    (Subdivision Code)  (Place-Political Subdivision)
   **118 LEXTON DRIVE YORK**

   in   **YORK**   County [ 67 ]  on or about   09/06/2018 20:45 to 09/06/2018 2223
                  (County Code)                              (Offense Date)

Oct. 11. 2018  2:13PM                                                                                          No. 0721   P. 2

## POLICE CRIMINAL COMPLAINT

| Docket Number | Date Filed | OTN/LiveScan Number | Complaint/Incident Number |
|---|---|---|---|
| CP-392-18 | 09/19/2018 | | 00310656/20180907M9575 |

| Defendant Name | First | Middle | Last |
|---|---|---|---|
| | TYREE | MARCHE'LL | BOWIE |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.
(Set forth a brief summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.In addition, social security numbers and financial information (e.g. PINs) should not be listed. If the identity of an account must be established, list only the last four digits. 204 PA §§ 213. - 213.7.)

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older  0 |
|---|---|---|---|---|

| ☒ Lead? | 1 | 2501 | A | of the | 18 | 1 | F1 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (If applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description (Include the name of statute or ordinance):
**CRIMINAL HOMICIDE**

Acts of the accused associated with this Offense:
CRIMINAL HOMICIDE The Actor, on 09/06/2018 from approx. 2045 until approx. 2223, in the County of York, is guilty of criminal homicide if he intentionally, knowingly, recklessly or negligently causes the death of another human being., that is to say the actor, Tyree Bowie, in violation of Section 2501 á (A) of the Pennsylvania Crimes Code, as amended, 18 Pa.C.S. 2501 á (A)

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older  0 |
|---|---|---|---|---|

| ☐ Lead? | 2 | 4304 | A1 | of the | 18 | 1 | F3 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (If applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description (Include the name of statute or ordinance):
**Endangering Welfare of Children - Parent/Guardian/**

Acts of the accused associated with this Offense:
ENDANGERING WELFARE OF CHILDREN The Actor, Tyree Bowie, on 09/06/2018 from approx. 2045 hours through 2223 hours in the County of York, supervising the welfare of a child under 18 years of age commits an offense if he knowingly endangers the welfare of the child by violating a duty of care, protection or support., that is to say the actor, Tyree Bowie, in violation of Section 4304 á (A) of the Pennsylvania Crimes Code, as amended, 18 Pa.C.S. 4304 á (A)

Oct. 11. 2018  2:13PM                                                                 No. 0721   P. 3

## POLICE CRIMINAL COMPLAINT

| Docket Number | Date Filed | OTN/LiveScan Number | Complaint/Incident Number |
|---|---|---|---|
| CL-392-18 | 09/19/2018 |  | 00310656/20180907M9575 |
| Defendant Name | First TYREE | Middle MARCHE'LL | Last BOWIE |

2. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of section 4904 of the Crimes Code (18 PA C.C. 4904) relating to unsworn falsification to authorities.

4. This complaint is comprised of the preceding page(s) numbered __1__ through __2__.

5. I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of Assembly, or in violation of the statutes cited. (Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)

_September 19th_, _2018_
(Date)

Signature of Affiant

AND NOW, on this date _9/19/2018_ I certify that the complaint has been properly completed and verified. An affidavit of probable cause must be completed before a warrant can be issued.

**19-2-04**
(Magisterial District Court Number)

(Issuing Authority)

Oct. 11. 2018  2:13PM                                                                 No. 0721   P. 4

## POLICE CRIMINAL COMPLAINT

| Docket Number | Date Filed | OTN/LiveScan Number | Complaint/Incident Number |
|---|---|---|---|
| CR-392-18 | 09/19/2018 | | 00310656/20180907M9575 |
| **Defendant Name** | First: TYREE | Middle: MARCHE'LL | Last: BOWIE |

### AFFIDAVIT of PROBABLE CAUSE

On 09/06/2018 at approx. 2230 hours York City police were made aware of the unresponsive juvenile victim, D. M. DOB 09/21/15 at York hospital. He was brought into York hospital by the defendant unresponsive, which was confirmed by York hospital surveillance. The defendant immediately fled from the hospital after he transferred the victim to hospital staff.

On 09/07/2018 at approx. 0954 hours the defendant came into YCPD headquarters to be interviewed by this detective. During the interview the defendant admitted that he was the only one in care of the victim when he stopped breathing. He advised that he fed the victim animal crackers in the area of the 700 block of N. George St. He then realized the victim was not breathing in the area of S. George at E. Maple (600 block of S. George St.), so he rushed the victim to the hospital. He also advised that from the time the victim's mother was dropped off at York hospital at approx. 2030 hours, until he rushed the victim to the hospital, no other adults were present that could have caused these injuries. On 09/07/2018 at approx. 1100 hours detectives served a search warrant on this vehicle and observed that there were no animal crackers present anywhere in the vehicle. The defendant also made statements about being at Rutters #15 at 2125 Susquehanna Trail in York after leaving the hospital. Detectives viewed video surveillance and observed the defendant and victim together at approx. 2045 hours. The victim appears to be healthy and able to walk on his own. The defendant stated after he left Rutters he went to 118 Lexton Drive in York. The defendant was interviewed again on 09/18/18 and advised that he fed the victim animal crackers in the area of Lexton Estates and the victim stopped breathing a short time later.

On 09/18/2018 an autopsy was conducted of the victim at Dauphin County Coroner's office. The cause of death was ruled a homicide from a traumatic brain injury, accompanied by strangulation and suffocation.

Based on this information I respectfully request that a warrant be issued for the defendant.

Venue was approved by the York County district attorney's office as well as NYCRPD.

I, **DETECTIVE KYLE HOWER (109)**, BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE *CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA* THAT REQUIRE FILING CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NON-CONFIDENTIAL INFORMATION AND DOCUMENTS.

_(Signature of Affiant)_

Sworn to me and subscribed before me this 19th day of SEPTEMBER, 2018

_____ Date _____, Magisterial District Judge

My commission expires first Monday of January, 2020