## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYREE BOWIE,                      :    Civil No. 1:24-CV-02105
                                 :
     Plaintiff,                  :
                                 :
     v.                          :
                                 :
KYLE HOWER, *et al.*,            :
                                 :
     Defendants.                 :    Judge Jennifer P. Wilson

## <u>ORDER</u>

**AND NOW**, on this 6th day of March, 2026, upon review of Plaintiff's motion to file an unredacted second amended complaint under seal, Doc. 47, **IT IS ORDERED AS FOLLOWS**:

1. The court has apprehensions as to whether Plaintiff has satisfied the standard set forth in *In re Avandia Marketing, Sales Practices and Products Liability Litigation*, 924 F.3d 662 (3d Cir. 2019). Nevertheless, the court appreciates the concerns Plaintiff raises regarding the effect of the two judicial protective orders issued in the state court case of *Commonwealth of Pennsylvania v. Bowie*, No. CP-67-CR-7558-2018 (York Cty. Ct. Com. Pl.). The court also recognizes that Plaintiff may wish to seek relief from said state court orders, given the court's reservations about the merits of his motion to seal. For this reason, the court will **DEFER** ruling on Plaintiff's motion, Doc. 47. However, the

unredacted second amended complaint, Doc. 49, will remain sealed pending resolution of the motion.

2. Plaintiff shall file a status report **by April 6, 2026**, informing the court of what steps, if any, he has taken or will take to seek relief from the aforementioned state court orders.

3. This case is **STAYED** pending the resolution of Plaintiff's motion to seal and until further order of court.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Judge<br>
Middle District of Pennsylvania