# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

TYREE BOWIE,                      :
                                  :
                   Plaintiff,     :        No. 1:24-CV-02105-JPW
        vs.                       :
                                  :        Judge Jennifer P. Wilson
                                  :
KYLE HOWER,                       :
in his personal capacity only,    :        **JURY TRIAL DEMANDED**
                                  :
                   Defendant.     :

_____

### Plaintiff's Status Report

Plaintiff Tyree Bowie by undersigned counsel files this status report pursuant to the Court's order of March 6, 2026, ECF Doc. 50.

Undersigned counsel has engaged special counsel to assist with respect to the protective orders issued by the York County Court of Common Pleas in Plaintiff's underlying criminal case. Such are the orders giving rise to Plaintiffs' motion to file his unredacted Second Amended Complaint under seal. See ECF Doc. 47.

Special counsel, Joel Ready, Esquire, is sending today to the York County Court of Common Pleas a motion seeking vacation of the protective orders at issue. Attorney Ready reports that an attempt to e-file the same was unsuccessful, and undersigned counsel has learned that the York County Court of Common Pleas has ordered expungement of the file, which may have impeded such e-filing.

Undersigned counsel has not yet confirmed the date of the expungement order, nor the effect of any such expungement on the protective orders from which Plaintiff seeks relief.

Given the continued uncertainties about the status of the protective orders and their effect, if any, on Plaintiff's ability to file his Second Amended Complaint publicly in unredacted form without concern of adverse action by the York County Court, Plaintiff requests that the Court advance the matter by thirty days and direct the filing of a further status report on or before May 6, 2026.

Respectfully submitted,

**METTE, EVANS & WOODSIDE**

By: _____
Aaron D. Martin
Pa. Atty. I.D. 76441
Marisa O. Swartley, Esq.
Pa. Atty. I.D. 338223
3401 North Front Street
Harrisburg, PA 17110
(717) 232-5000
admartin@mette.com
moswartley@mette.com

*Attorneys for Plaintiff,*
*Tyree Bowie*

Date: April 6, 2026.