## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

TYREE BOWIE,                    :
                               :
                    Plaintiff,  :    No. 1:24-CV-02105-JPW
        vs.                     :
                               :    Judge Jennifer P. Wilson
                               :
KYLE HOWER,                     :
in his personal capacity only,  :    **JURY TRIAL DEMANDED**
                               :
                    Defendant.  :

---

### Plaintiff's Status Report

Plaintiff Tyree Bowie by undersigned counsel files this status report pursuant to the Court's order of April 7, 2026, ECF Doc. 53.

Special counsel for Plaintiff Tyree Bowie, Joel Ready, Esquire, has contacted the York County District Attorney Tim Barker concerning the non-dissemination/non-disclosure orders issued in plaintiff's underlying criminal case. DA Barker through counsel has stated his position that the orders are no longer enforceable. A copy of Attorney Ready's letter to DA Barker is attached as Exhibit A. The text of the responsive email from counsel to DA Barker, Sean Summers, Esquire, is attached as Exhibit B. As noted in plaintiff's prior status report, ECF Doc. 52, the criminal record has been expunged.

In light of the Commonwealth's position stated through DA Barker that the non-dissemination/non-disclosure orders are no longer enforceable, plaintiff withdraws his motion that the second amended complaint be held under seal.

Accordingly, at the Court's direction, plaintiff will publicly file the unredacted second amended complaint.

Respectfully submitted,

**METTE, EVANS & WOODSIDE**

By: _____
Aaron D. Martin
Pa. Atty. I.D. 76441
Marisa O. Swartley, Esq.
Pa. Atty. I.D. 338223
3401 North Front Street
Harrisburg, PA 17110
(717) 232-5000
admartin@mette.com
moswartley@mette.com

*Attorneys for Plaintiff,
Tyree Bowie*

Date: April 27, 2026.