# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYREE BOWIE,                              :        Civil No. 1:24-CV-02105
                                          :
    Plaintiff,                      :
                                          :
v.                                        :
                                          :
KYLE HOWER, *et al.*,                     :
                                          :
    Defendants.                     :        Judge Jennifer P. Wilson

## ORDER

**AND NOW**, on this 28th day of April, 2026, following review of Plaintiff's

status report, Doc. 54, **IT IS ORDERED THAT** Plaintiff's motion to file an

amended complaint under seal, Doc. 47, is **WITHDRAWN**.  **IT IS FURTHER**

**ORDERED THAT** Plaintiff shall publicly docket the second amended complaint

without redactions by **Friday, May 1, 2026**.

> s/Jennifer P. Wilson
> JENNIFER P. WILSON
> United States District Judge
> Middle District of Pennsylvania